IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
PECOS DIVISION

FILED
MAR 17 2006
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY _____
DEPUTY CLERK

| | |
|---|---|
| AVINASH RANGRA, § | |
| ANNA MONCLOVA & § | |
| All Other Public Officials in Texas, § | |
|     Plaintiffs, § | |
| § | |
| v.   § | P-05-CV-075 |
| § | |
| FRANK D. BROWN, § | |
|     83rd Judicial District Attorney § | |
| GREG ABBOTT, § | |
|     Texas Attorney General, and § | |
| THE STATE OF TEXAS § | |
|     Defendants. § | |

**AGREED ORDER TO DISMISS**

State Defendants (the State of Texas and the Texas Attorney General) and Defendant Frank Brown filed Motions to Dismiss in the above action, on November 9, 2005 and November 16, respectively. The Court held a hearing on said motions on March 14, 2006 at 2:00 P.M. Defendants moved, through written motions filed with the Court and oral motions made at the hearing, to dismiss (1) Plaintiffs' §1983 claim against Defendant State of Texas, and (2) Plaintiffs' state claim brought under Art. I Sec. 8 of the Texas Constitution.

The Plaintiffs conceded to said arguments at the hearing, and both parties agreed to dismiss the above claims. Accordingly,

**IT IS ORDERED** that Plaintiffs' §1983 claim against Defendant, the State of Texas, be dismissed **WITHOUT PREJUDICE.**

**IT IS FURTHER ORDERED** that Plaintiffs' state claim under Art. I Sec. 8 of the Texas Constitution be dismissed **WITHOUT PREJUDICE.**

K:\Text\Cory\Civil\Rangra v Brown P-05-CV-075\rangra_agreed_order.wpd

