UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
PECOS DIVISION

FILED
MAY 0 2 2006
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY _____
DEPUTY CLERK

AVINASH RANGRA,
ANNA MONCLOVA, &
All Other Public Officials in Texas,
    Plaintiffs

V.

CAUSE NO. P-05-CV-75

FRANK D. BROWN,
    83d JUDICIAL DISTRICT
    ATTORNEY,
GREG ABBOTT,
    TEXAS ATTORNEY GENERAL, and
THE STATE OF TEXAS,
    Defendants

## PLAINTIFF' PROPOSED TOMA SECTION TO BE DECLARED UNCONSTITUTIONAL

To the Court:

Should the Court declare that part of the Texas Open Meetings Act is unconstitutional, as violative of the First Amendment to the United States Constitution, then Plaintiffs propose the following sections of section 551, Texas Government Code, be struck down:

    Sec. 551.001 (2) and (4)

    Sec. 551.144.

Respectfully Submitted,

LAW OFFICE OF ROD PONTON

_____
**Rod Ponton**
2301 North Hwy 118
P.O. Box 9760
Alpine, Texas 79831
Telephone:   432-837-0990
Facsimile:   432-837-0971
State Bar Card No. 16115170

DEGUERIN DICKSON & HENNESSY
**Dick DeGuerin**
1018 Preston Ave., 7th Floor
Houston, Texas 77002
Telephone:   713-223-5959
Facsimile:   713-223-9231
State Bar Card No. 05638000

ATTORNEYS FOR PLAINTIFFS

### Certificate of Service

I hereby certify that I caused the foregoing Proposed TOMA Sections, to be served upon Defendants in accordance with the Federal Rules of Civil Procedure, and delivered a copy of same to James Todd, Assistant Attorney General and Steve Houston, via U.S. mail and fax, on this the 2d day of May, 2006.

_____
Rod Ponton